# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) HICA EDUCATION LOAN CORPORATION,<br>　　Plaintiff,<br><br>v.<br><br>(1) ELLIOTT M. KAMPF,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO. 6:10-CV-00279-JHP |

## JUDGMENT

The Plaintiff in this case, HICA EDUCATION LOAN CORPORATION, has filed a motion before this Court pursuant to Local Civil Rule 55.1(b) seeking entry of a default judgment against Defendant, ELLIOTT M. KAMPF. It having appeared by competent proof that an entry of default has been signed by the Clerk of this Court (Doc. No. 9) and that the Defendant has failed to plead or otherwise defend in this case, the Court is of the opinion that default judgment against the Defendant is proper. IT IS, THEREFORE this day,

ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA EDUCATION LOAN CORPORATION, shall be, and hereby is, awarded judgment from and against Defendant, ELLIOTT M. KAMPF, for the following:

1. $45,467.15 (representing $35,119.90 in unpaid principal and accrued, unpaid interest of $10,347.25 through February 24, 2011), plus prejudgment interest at the rate of $3.12 per day from February 25, 2011 until the date of judgment.

2. All costs of court;

3. Post-judgment interest is awarded on the foregoing sums at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and process necessary to enforce this judgment.

SIGNED and ENTERED this 24th day of March, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma